

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00220-CR

———————————————

BRANDON CLAYTON YOCUM, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1577405D

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Brandon Clayton Yocum attempts to appeal his conviction for murder. *See* Tex. Penal Code Ann. § 19.02(c). Yocum pleaded guilty to that offense pursuant to a plea-bargain agreement, and the trial court sentenced him in accordance with that agreement to twenty-six years' confinement. As part of his plea-bargain agreement, Yocum waived his right to appeal.

Consistent with Yocum's plea-bargain agreement, the "Trial Court's Certification of Defendant's Right of Appeal" in this case states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d). On September 15, 2022, we notified Yocum of the certification and warned him that we would dismiss the appeal unless we received a response by September 26, 2022, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We received no response.

In accordance with the trial court's certification, we dismiss Yocum's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see, e.g.*, *Ponciano v. State*, No. 02-17-00394-CR, 2018 WL 1414731, at *1 (Tex. App.—Fort Worth Mar. 22, 2018, no pet.) (mem. op., not designated for publication).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: October 13, 2022